FILED IN CLERKS OFFICE
23 MAY 26 PM 12:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Jonathan M. Jarry
_____
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

FBI - Boston Field Office
_____
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [X] Yes  [ ] No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jonathan M. Jarry
   Street Address: 24 Portchester Drive
   City and County: Nashua  Hillsborough
   State and Zip Code: NH  03062
   Telephone Number: (603) 584-9449
   E-mail Address: jonathanmjarry@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   FBI - Boston Field Office

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: Joseph R. Bonavolonta
- Job or Title (if known): Special Agent
- Street Address: 201 Maple Street
- City and County: Chelsea   Norfolk
- State and Zip Code: MA 02150
- Telephone Number: (603) 584-9449
- E-mail Address (if known): jonathanmjarry@gmail.com

Defendant No. 2
- Name: Jason Cromartie
- Job or Title (if known): Assistant Agent
- Street Address: 201 Maple Street
- City and County: Chelsea   Norfolk
- State and Zip Code: MA 02150
- Telephone Number: (603) 584-9449
- E-mail Address (if known): jonathanmjarry@gmail.com

Defendant No. 3
- Name: Christopher Dimenna
- Job or Title (if known): Assistant Agent
- Street Address: 201 Maple Street
- City and County: Chelsea   Norfolk
- State and Zip Code: MA 02150
- Telephone Number: (603) 584-9449
- E-mail Address (if known): jonathanmjarry@gmail.com

Defendant No. 4
- Name: Matthew Giacobbi
- Job or Title (if known): Assistant Agent
- Street Address: 201 Maple Street
- City and County: Chelsea   Norfolk
- State and Zip Code: MA 02150
- Telephone Number: (603) 584-9449
- E-mail Address (if known): jonathanmjarry@gmail.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
- Article 7 of the 1966 International Covenants on Civil and Political Rights
- The Insurrection Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Jonathan M. Jelley, is a citizen of the State of *(name)* New Hampshire.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Neon Pro-Painters LLC, is incorporated under the laws of the State of *(name)* ~~New Hamps~~ Massachusetts, and has its principal place of business in the State of *(name)*

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* FBI - Field Office Boston, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of *(foreign nation)*

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Negligence, Malpractice, Civil Rights Violations and not honoring 1966 Convenant preventing abuse and torture of of a United States Citizen. Movie Star Clause applies — Insurrection Act. Illegal poisoning led to improper use of Armed Forces by Governor or higher

107,000,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Targeted by overseas and United States government thru DARPA program for sake of pervesian, intellectual property theft, modern day slavery, and financial gain of individuals involved.

They have allowed torture thru program. DARPA will not release details.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To recieve sulution to Internally Disable program, Ensure safety of family members and right to privacy and damages!

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jonathan M. Jarry    5/26/2023

Signature of Plaintiff: Jonathan M. Jarry
Printed Name of Plaintiff: Jonathan M. Jarry

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address